OPINION — AG — ** BOARD OF EDUCATION — CONFLICT OF INTEREST ** A BOARD OF EDUCATION MAY 'NOT' PURCHASE MATERIALS AND SUPPLIES FROM A FIRM OR COMPANY WHICH EMPLOYS ONE OF THE BOARD MEMBERS; NOR MAY A BOARD OF EDUCATION ACCEPT BIDS ON A CONTRACT BY THE BOARD FROM A COMPANY WHICH EMPLOYS ONE OF THE BOARD MEMBERS. (CONFLICT OF INTEREST, SCHOOL BOARD, STOCK) CITE: 70 O.S. 5-124 [70-5-124], OPINION NO. APRIL 19, 1939, OPINION NO. MARCH 16, 1955, OPINION NO. JULY 30, 1949 — HODGE, 62 O.S. 371 [62-371] (JOE C. LOCKHART) ** SEE OPINION NO. 91-651 (1991) ** SEE OPINION NO. 87-518 (1987) ** ** SEE OPINION NO. 87-530 (1987) ** ** SEE: OPINION NO. 74-259 (1975) **